**Fill in this information to identify the case:**

Debtor 1: Brenda Weston Jenkins

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Georgia
(State)

Case number: 20-10350-AEC

# Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no. (if known):** 7-2

**Last 4 digits** of any number you use to identify the debtor's account: 9872

**Property Address:** 2509 Habersham Rd
Number        Street

Albany, GA 31701
City        State    Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
MM/ DD /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 7/1/21-10/1/21 4 @ $994.32, 11/1/21-7/1/22 9 @ $985.31, 8/1/22-4/1/23 9 @ $1,002.13    (a) $ 21,864.24

b. Total fees, charges, expenses, escrow, and cost outstanding:    + (b) $ 688.00

c. **Total**. Add lines a and b.    (c) $ 22,552.24

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   07 / 01 / 2021
MM/ DD /YYYY

Less Suspense (8.99)

Total Due  $ 22,543.25*

*Consent Order on Motion for Relief entered on 4/6/2023 that provides for the treatment of the arrears through 3/2023 and fees paid with GA HAF funds, Dr to resume with 4/1/2023 payment.

Official Form 4100R    Response to Notice of Final Cure Payment    Page 1

| Debtor 1 | Brenda Weston Jenkins | Case Number (if known) | 20-10350-AEC |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Laura A. Grifka            Date 04/26/2023
    Signature

| Print: | Laura A. Grifka,    Bar No. GBN 312055 | Title | Bankruptcy Attorney |
|---|---|---|---|
| | First name    Middle Name    Last name | | |

Company: MCMICHAEL TAYLOR GRAY, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 3550 Engineering Drive, Suite 260
         Number    Street

         Peachtree Corners, GA 30092
         City    State    Zip Code

Contact phone: 404-474-7149        Email: lgrifka@mtglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Brenda Weston Jenkins
2509 Habersham Rd.
Albany, GA 31701

**Via CM/ECF electronic service:**
Kenneth W. Revell
Zalkin Revell, PLLC
#202
2800 Old Dawson Rd., Ste. 2
Albany, GA 31707

Jonathan W. DeLoach
Office of The Chapter 13 Trustee
P. O. Box 1907
Columbus, GA 31902

Dated: April 26, 2023

By: /s/ Laura A. Grifka
Laura A. Grifka - GBN 312055
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: lgrifka@mtglaw.com
MTG File No.: 21-000259-09



| | | | |
|---|---|---|---|
| Loan# | | | |
| Borrower: | Jenkins | | |
| Date Filed: | 3/26/2020 | | |
| BK Case # | 20/10350 | | |
| First Post Petition Due Date: | 4/1/2020 | | |
| POC covers: | 9/1/19-3/1/20 | | |
| MOD EFFECTIVE DATE: | | | |

| | PAYMENT CHANGES | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 09/01/19 | 725.07 | 247.84 | 972.91 | |
| **04/01/20** | **725.07** | **253.54** | **978.61** | Payment listed in POC |
| 12/01/20 | 725.07 | 269.25 | 994.32 | NOPC filed with the court |
| 11/01/21 | 725.07 | 260.24 | 985.31 | NOPC filed with the court |
| 08/01/22 | 725.07 | 277.06 | 1,002.13 | NOPC filed with the court |
| 06/01/23 | 725.07 | 288.53 | 1,013.60 | NOPC filed with the court |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 |
| 4/15/2020 | $979.00 | post | 4/1/20 | 9/1/19 | $978.61 | $0.39 | $0.39 | | $0.39 |
| 5/18/2020 | $979.00 | post | 5/1/20 | 10/1/19 | $978.61 | $0.39 | $0.39 | | $0.78 |
| 6/15/2020 | $979.00 | post | 6/1/20 | 11/1/19 | $978.61 | $0.39 | $0.39 | | $1.17 |
| 7/27/2020 | $979.00 | post | 7/1/20 | 12/1/19 | $978.61 | $0.39 | $0.39 | | $1.56 |
| 9/10/2020 | | pre | | | | $0.00 | | | $1.56 |
| 9/11/2020 | $979.00 | post | 8/1/20 | 1/1/20 | $978.61 | $0.39 | $0.39 | | $1.95 |
| 10/14/2020 | $1,957.22 | post | 9/1/20 | 2/1/20 | $978.61 | $978.61 | $978.61 | | $980.56 |
| 10/14/2020 | | post | 10/1/20 | 3/1/20 | $978.61 | -$978.61 | | $978.61 | $1.95 |
| 12/16/2020 | | pre | | | | $0.00 | | | $1.95 |
| 12/29/2020 | $995.00 | post | 11/1/20 | 4/1/20 | $978.61 | $16.39 | $16.39 | | $18.34 |
| 2/5/2021 | $2,967.25 | post | 12/1/20 | 5/1/20 | $994.32 | $1,972.93 | $1,972.93 | | $1,991.27 |
| 2/5/2021 | | post | 1/1/21 | 6/1/20 | $994.32 | -$994.32 | | $994.32 | $996.95 |
| 2/5/2021 | | post | 2/1/21 | 7/1/20 | $994.32 | -$994.32 | | $994.32 | $2.63 |
| 3/19/2021 | $994.32 | post | 3/1/21 | 8/1/20 | $994.32 | $0.00 | | | $2.63 |
| 3/22/2021 | | pre | | | | $0.00 | | | $2.63 |
| 3/23/2021 | | pre | applied to escrow | | | $0.00 | | | $2.63 |
| 4/21/2021 | | pre | | | | $0.00 | | | $2.63 |
| 4/28/2021 | $994.32 | post | 4/1/21 | 9/1/20 | $994.32 | $0.00 | | | $2.63 |
| 5/12/2021 | | pre | | | | $0.00 | | | $2.63 |
| 5/13/2021 | | pre | applied to escrow | | | $0.00 | | | $2.63 |
| 5/17/2021 | | pre | contractual applied | 10/1/20 | | $0.00 | | | $2.63 |
| 5/17/2021 | | pre | applied to corp adv | | | $0.00 | | | $2.63 |
| 6/11/2021 | $995.00 | post | 5/1/21 | 11/1/20 | $994.32 | $0.68 | $0.68 | | $3.31 |
| 8/6/2021 | $1,000.00 | post | 6/1/21 | 12/1/20 | $994.32 | $5.68 | $5.68 | | $8.99 |
| 8/12/2021 | | pre | | | | $0.00 | | | $8.99 |
| 9/15/2021 | | pre | | | | $0.00 | | | $8.99 |
| 1/20/2022 | | pre | | | | $0.00 | | | $8.99 |
| 3/16/2022 | | pre | | | | $0.00 | | | $8.99 |
| 4/19/2022 | | pre | | | | $0.00 | | | $8.99 |
| 6/16/2022 | | pre | | | | $0.00 | | | $8.99 |
| 6/17/2022 | | pre | contractual applied | 1/1/21 | | $0.00 | | | $8.99 |
| 7/14/2022 | | pre | | | | $0.00 | | | $8.99 |
| 8/12/2022 | | pre | | | | $0.00 | | | $8.99 |
| 9/27/2022 | | pre | | | | $0.00 | | | $8.99 |
| 10/20/2022 | | pre | | | | $0.00 | | | $8.99 |
| 10/21/2022 | | pre | contractual applied | 2/1/21 | | $0.00 | | | $8.99 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/16/2022 | | pre | | | | $0.00 | | | $8.99 |
| 12/20/2022 | | pre | | | | $0.00 | | | $8.99 |
| 1/23/2023 | | pre | | | | $0.00 | | | $8.99 |
| 1/24/2023 | | pre | contractual applied | 3/1/21 | | $0.00 | | | $8.99 |
| 2/21/2023 | | pre | | | | $0.00 | | | $8.99 |
| 3/20/2023 | | pre | | | | $0.00 | | | $8.99 |
| 4/3/2023 | | pre | contractual applied | 4/1/21 | | $0.00 | | | $8.99 |
| 4/18/2023 | | pre | | | | $0.00 | | | $8.99 |
| | | pre | contractual applied | 5/1/21 | | $0.00 | | | $8.99 |
| | | | | | | $0.00 | | | $8.99 |
| | | | | | | $0.00 | | | $8.99 |
| Due | | | 7/1/21 | | $994.32 | -$994.32 | | | $8.99 |
| | | | 8/1/21 | | $994.32 | -$994.32 | | | $8.99 |
| | | | 9/1/21 | | $994.32 | -$994.32 | | | $8.99 |
| | | | 10/1/21 | | $994.32 | -$994.32 | | | $8.99 |
| | | | 11/1/21 | | $985.31 | -$985.31 | | | $8.99 |
| | | | 12/1/21 | | $985.31 | -$985.31 | | | $8.99 |
| | | | 1/1/22 | | $985.31 | -$985.31 | | | $8.99 |
| | | | 2/1/22 | | $985.31 | -$985.31 | | | $8.99 |
| | | | 3/1/22 | | $985.31 | -$985.31 | | | $8.99 |
| | | | 4/1/22 | | $985.31 | -$985.31 | | | $8.99 |
| | | | 5/1/22 | | $985.31 | -$985.31 | | | $8.99 |
| | | | 6/1/22 | | $985.31 | -$985.31 | | | $8.99 |
| | | | 7/1/22 | | $985.31 | -$985.31 | | | $8.99 |
| | | | 8/1/22 | | $1,002.13 | -$1,002.13 | | | $8.99 |
| | | | 9/1/22 | | $1,002.13 | -$1,002.13 | | | $8.99 |
| | | | 10/1/22 | | $1,002.13 | -$1,002.13 | | | $8.99 |
| | | | 11/1/22 | | $1,002.13 | -$1,002.13 | | | $8.99 |
| | | | 12/1/22 | | $1,002.13 | -$1,002.13 | | | $8.99 |
| | | | 1/1/23 | | $1,002.13 | -$1,002.13 | | | $8.99 |
| | | | 2/1/23 | | $1,002.13 | -$1,002.13 | | | $8.99 |
| | | | 3/1/23 | | $1,002.13 | -$1,002.13 | | | $8.99 |
| | | | 4/1/23 | | $1,002.13 | -$1,002.13 | | | $8.99 |
| | | | MFR fees/costs per AO | | $688.00 | -$688.00 | | | $8.99 |
| | | | | | | $0.00 | | | $8.99 |
| | | | | | | $0.00 | | | $8.99 |